LAVINIA C. H. DEMPSEY, Appellant, *v.* THE MAYOR, ALDER-
MEN AND COMMONALTY OF THE CITY OF NEW YORK,
Respondent.

(Submitted June 27, 1887; decided October 4, 1887.)

*John H. V. Arnold* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

LUCIUS F. REED, Respondent, *v.* A. G. DARWIN, Appellant.

(Submitted June 30, 1887; decided October 4, 1887.)

*Horace W. Fowler* for appellant.

*L. A. Fuller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.